**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 01-60703
_____

FRITO-LAY, INC.,

Petitioner,

versus

NATIONAL LABOR RELATIONS BOARD,

Respondent.

Petition for Review of an Order of the
National Labor Relations Board
No. 26-CA-18682

September 23, 2002

Before KING, Chief Judge, and JONES and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

We hold, in light of various factors, including the decision of the National Labor Relations

Board not to enforce its order, that the underlying dispute between the parti es is MOOT. As the

government has no objection to vacating the Board's previous order if we so hold, we VACATE the

---

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

order.